UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 18-cr-02929-WQH |
|---|---|---|
| v. | ) ) ) ) ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL OF ARREST WARRANT FOR DEFENDANT** |
| CESAR BUENO-MARTINEZ, | ) | |
| Defendant, | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that Motion to Dismiss Indictment is granted (ECF No. 5). The Indictment in the above-entitled case is dismissed without prejudice and the Arrest Warrant is recalled as to Defendant.

Dated: May 28, 2024

Hon. William Q. Hayes
United States District Court